# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT GREENEVILLE

SCOTTY RAY DAVIS,               )
                                   )
         Plaintiff,          )
                                   )
v.                                 )     No.  2:16-CV-143
                                   )
COMMISSIONER OF SOCIAL SECURITY,   )
                                   )
         Defendant.     )

## ORDER

This Social Security matter is before the Court to consider the Report and Recommendation of United States Magistrate Judge Corker dated May 10, 2017, [Doc. 18], and the Supplemental Report and Recommendation dated May 26, 2017.  [Doc. 23].  In that Report and Recommendation, [Doc. 18], Magistrate Judge Corker recommends that the plaintiff's motion for judgment on the pleadings, [Doc. 13], be granted.  The Magistrate Judge also recommends that defendant's motion for summary judgment, [Doc. 15], be denied.  The plaintiff then filed a "Motion for Clarification" of the Report and Recommendation.  [Doc. 19].  Magistrate Judge Corker heard oral argument on the motion for clarification and issued the Supplemental Report and Recommendation.  [Doc. 23].  Neither party has filed objections to the report and recommendation, other than the "motion for clarification," and neither party has filed objections to the supplemental report and recommendation.

Thus, after careful consideration of the record as a whole, including the Administrative Transcript, and after careful consideration of the Report and Recommendation and Supplemental Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in those Reports and Recommendations which are incorporated by reference herein, it is hereby

ORDERED that the Reports and Recommendations are ADOPTED and APPROVED, [Docs. 18, 23], that the plaintiff's motion for judgment on the pleadings, [Doc. 13], is GRANTED and that defendant's motion for summary judgment, [Doc. 15], is DENIED.  It is further ORDERED that this case is REMANDED to the Commissioner for further proceedings.

ENTER:


_____
s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE